# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

STRIKE 3 HOLDINGS, LLC, a limited
liability company,

    Plaintiff,

v.    Case No. 3:22-cv-1253-TJC-MCR

JOHN DOE, subscriber assigned IP
Address 66.177.141.132, an individual,

    Defendant.

## ORDER

Upon review of Plaintiff's Notice of Voluntary Dismissal With Prejudice of John Doe (Doc. 12), filed on February 28, 2023, this case is dismissed with prejudice. Plaintiff is directed to send Defendant a copy of this Order. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 1st day of March, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of record